UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE DISTRIBUTION CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATURAL PROVISIONS, LLC, et al.,<br><br>Defendants. | Case No. 24-cv-00448-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: ECF No. 29 |

The Court has reviewed Chief Magistrate Judge Donna M. Ryu's report and recommendation, ECF No. 29, to grant Plaintiff's motion for default judgment, ECF No. 22. Plaintiff served Defendants with the report and recommendation on July 26, 2024.  ECF No. 31. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect.  Default judgment against Defendants is granted.

Plaintiffs are awarded $42,620.57 in unpaid invoices and interest and $6,875.59 in attorney's fees and costs for a total of $49,496.16.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 13, 2024

_____
JON S. TIGAR
United States District Judge